I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL. POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 6/22/09

DEPUTY CLERK

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUN 22 2009

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD STEPPE,<br><br>  Petitioner,<br><br>  vs.<br><br>SHERIFF, SAN BERNARDINO COUNTY,<br><br>  Respondent. | Case No. CV 09-3288-RSWL (RNB)<br><br>**JUDGMENT** |

In accordance with the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: June 18, 2009

RONALD S.W. LEW
HONORABLE RONALD S.W. LEW
SENIOR U.S. DISTRICT COURT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 22 2009

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY